UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC JERMAINE HARVEY,

    Plaintiff,

v.

M. DEPKY, et al.,

    Defendants.
_____/

Case No. 1:20-cv-517

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: November 12, 2021

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge